```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   JACKSON DIVISION
```

JOHN B. TERRELL                                       PETITIONER

VS.                         CIVIL ACTION NO. 3:08CV244TSL-MTP

RONALD KING                                           RESPONDENT

## ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Michael T. Parker, and the court, having fully reviewed the report and recommendation entered in this cause on July 8, 2011, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Michael T. Parker entered on July 8, 2011, be, and the same is hereby adopted as the finding of this court, and the petition for writ of habeas corpus is hereby dismissed with prejudice.

It is further ordered that a certificate of appealability should not issue. Petitioner has failed to "demonstrate that reasonable jurists would find the [] court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000).

A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 2nd day of August, 2011.

                                      /s/ Tom S. Lee_____
                                      UNITED STATES DISTRICT JUDGE